GEORGE C. BARTLETT *v.* ZONING COMMISSION OF THE TOWN OF OLD LYME

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*Fred B. Rosnick,* for the appellee (plaintiff).

*Donald O'Brien,* for the appellant (defendant).

Argued May 5—decided May 5, 1970

ALLEN G. GREEN *v.* FREDERICK ADAMS, WARDEN, CONNECTICUT STATE PRISON

The motion by the plaintiff for bail pending his appeal from the Superior Court in Hartford County is dismissed.

*Allen G. Green,* pro se, the plaintiff.

Submitted April 24—decided May 7, 1970

STATE OF CONNECTICUT *v.* RONALD JOHNSON ET AL.

The application of the Public Defender, Anthony V. DeMayo, that he be permitted to introduce Kristin Booth Glen of the New York bar for the purpose of assisting him in the argument of the above-entitled appeal from the Superior Court in New Haven County is granted.

*Anthony V. DeMayo,* public defender, in support of the motion.

Submitted April 29—decided May 8, 1970

WILLIAM GERIAK ET AL. *v.* JOHN GERIAK ET AL.

The motion by the plaintiffs and the defendant John Geriak, individually and as trustee, for assignment of their motion to dismiss the appeal from the